UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DDM WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM OVERHEAD DOOR, LLC, a Texas limited liability company d/b/a PARTS 4 GARAGE DOORS, <br><br> Defendants. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff DDM WEB SERVICES, INC., by and through his undersigned counsel, brings this Complaint against Defendants SPECTRUM OVERHEAD DOOR, LLC, a Texas limited liability company d/b/a PARTS 4 GARAGE DOORS for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff DDM WEB SERVICES, INC. ("DDM") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute DDM's copyrighted images.

2. DDM is an Illinois corporation with its principal place of business in West Chicago, Illinois, and is a premier supplier of garage doors, parts and accessories throughout the United States and abroad. DDM maintains a large online presence wherein it sells its doors and parts through the use of copyrighted images.

3. Defendant SPECTRUM OVERHEAD DOOR, LLC is a Texas limited liability company which d/b/a PARTS 4 GARAGE DOORS ("Spectrum").

1

4. At all relevant times Defendant owned and operated the internet website located at URL www.parts4garagedoors.com.

5. DDM alleges that the Defendant copied DDM's copyrighted images from the internet in order to advertise, market and promote its business activities. Defendant committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of its business which directly competes with DDM.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Illinois.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## THE COPYRIGHTED WORK AT ISSUE AS OF JULY 10, 2024

10. DDM owns the copyright for the following images:

Image 1



Image 2



Image 3



11. DDM registered the above images with the Register of Copyrights on August 10, 2015 and confirmed their registration most recently on July 19, 2024 and was assigned the registration number TX 9-422-216. The Certificate of Registration is attached hereto as Exhibit 1.

12. DDM's work is protected by copyright but is not otherwise considered confidential, proprietary or a trade secret.

13. At all relevant times DDM was the owner of the copyrighted works depicted above.

**INFRINGEMENT BY DEFENDANTS**

14. Defendant has never been licensed to use the copyrighted works at issue in the action for any purpose.

15. After the copyrighted works were registered, but prior to the filing of this action, Defendant copied the works and published them on its website in order to sell competing products.

16. On or about July 9, 2024, Plaintiff observed and discovered the following use of its copyrighted works published on Defendant's website as shown here:



https://www.parts4garagedoors.com/shop/garage-door-hardware/strut-brace/

4



https://www.parts4garagedoors.com/shop/garage-door-hardware/garage-door-external-vinyl-trim/



https://www.parts4garagedoors.com/shop/garage-door-hardware/garage-door-track/

17. Defendant copied DDM's copyrighted work without DDM's permission.

18. After Defendant copied the work, it made further copies and distributed the work on the internet to promote sales of goods and services as part of their business in direct

5

competition with DDM.

19. Defendant copied and distributed DDM's copyrighted work in connection with its business for purposes of advertising and promoting its business, and in the course and scope of advertising and selling products and services.

20. Defendant committed copyright infringement of the work as evidenced by the documents attached hereto as Exhibit 2.

21. DDM never gave Defendant permission or authority to copy, distribute or display the work at issue in this case.

22. DDM notified Defendant of the allegations set forth herein on September 16, 2024. See attached Exhibit 3.

23. To date, Defendant has failed to respond to Plaintiff's notice and the copyrighted works remain on Defendant's website.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. DDM incorporates the allegations in paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. DDM owns a valid copyright in the works at issue in this case.

26. DDM registered the works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Defendant copied, displayed, and distributed the works at issue in this case and made derivatives of the works without DDM's authorization in violation of 17 U.S.C. § 501.

28. Defendant performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. DDM has been damaged.

31. The harm caused to DDM has been irreparable.

WHEREFORE, the Plaintiff DDM GARAGE DOORS, INC. prays for judgment against the Defendant SPECTRUM OVERHEAD DOOR, LLC d/b/a PARTS 4 GARAGE DOORS that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: December 6, 2024

Respectfully submitted,

*/s/ Raymond J. Sanguinetti*
Raymond J. Sanguinetti (ARDC# 6244798)
RATHJE WOODWARD LLC
300 East Roosevelt Road, Suite 220
Wheaton, IL 60187
630-510-4917
rsanguinetti@rathjelaw.com

*Counsel for Plaintiff DDM Web Services, Inc.*